# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEATHER RUTTINGER** | : | **CIVIL ACTION** |
| **v.** | : | |
| **SMITHKLINE BEACHAM CORPORATION** | : | **NO. 10-4445** |

## ORDER

**AND NOW**, this 24th day of March, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 17), Plaintiff's Amended Motion to Remand (Document No. 19), the Motion to Remand (Document No. 37), the defendant's response, and after oral argument, it is **ORDERED** that the motions are **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

                                                         /s/Timothy J. Savage
                                                         TIMOTHY J. SAVAGE, J.